IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE ELICK, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 08-1700 |
| FORD MOTOR COMPANY, | ) ) ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 3rd day of June, 2010, upon consideration of TRACO's Motion for Reconsideration of Order Granting Defendant's Motion in Limine No. 11 to Preclude Intervenor TRACO From Offering Opening or Closing Statements and Presenting or Questioning Witnesses at Trial, and Vacating Previous Order Granting TRACO's Motion to Intervene (document No. 158) filed in the above captioned matter on June 2, 2010,

IT IS HEREBY ORDERED that said Motion for Reconsideration is GRANTED. After Reconsideration, IT IS HEREBY ORDERED that said Motion is DENIED.

IT IS FURTHER ORDERED that TRACO's Complaint in Intervention (document No. 160) filed in the above captioned matter on June 3, 2010, is hereby STRICKEN from the record.

s/Alan N. Bloch
United States District Judge

ecf: Counsel of record