IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE ELICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-1700 |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| VOLVO CAR CORPORATION, ) | |
| ) | |
| Intervenor. ) | |

## O R D E R

AND NOW, this 21st day of June, 2010, upon consideration of Defendant's Motion for Reconsideration of the Order Denying Ford's Motion to Seal Volvo Documents, Based on the Hearing to Take Place on Volvo's Motion (document No. 205) filed in the above captioned matter on June 21, 2010,

IT IS HEREBY ORDERED that said Motion is DENIED. The documents at issue pertain to Volvo Car Corporation, and not to defendant Ford. The Court has granted Volvo's Motion to Intervene and, accordingly, Volvo is capable of protecting whatever confidentiality and/or trade secret interests it may have. Defendant, therefore, has no standing to raise Volvo's confidentiality and/or trade secret interests.

                                                          s/Alan N. Bloch
                                                          United States District Judge

ecf:       Counsel of record