IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE ELICK, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 08-1700 |
| FORD MOTOR COMPANY, | ) |
| Defendant, | ) |
| VOLVO CAR CORPORATION, | ) |
| Intervenor. | ) |

O R D E R

AND NOW, this 22nd day of June, 2010, upon consideration of Volvo Car Corporation's Motion to Seal Limited Portions of the Trial Record in Order to Protect Proprietary Trade Secret Information (document No. 191) filed in the above captioned matter on June 17, 2010,

IT IS HEREBY ORDERED that said Motion is GRANTED and that limited portions of the trial transcript shall be sealed upon notification from Volvo Car Corporation of the relevant page and line numbers of the trial transcript which reveal the proprietary trade secret information that Volvo seeks to protect.

IT IS FURTHER ORDERED that the following trial documents are SEALED pending further order of court:

1. Court Exhibit 1;

2. Defendant's Exhibit PPPPPPP2.

3. Defendant's Exhibit PPPPPPP3.

4. Plaintiff's Exhibit 479.

s/Alan N. Bloch<br>United States District Judge

ecf: Counsel of record